EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* JUAN REYES, acusado y apelante.

No. 2968.—*Visto:* Febrero 10, 1927. *Resuelto:* Febrero 25, 1927.

ARMAS—PORTAR ARMAS PROHIBIDAS—PROCESO Y CASTIGO—APELACIÓN—REVISIÓN —PRESUNCIONES EN GENERAL.—Cuando la declaración de un testigo tiende a demostrar que el acusado salió de su casa a la calle con una pistola, la corte tiene derecho a creer esto debiendo presumirse que concluyó que el acusado llevaba consigo el arma por la calle, especialmente cuando las declaraciones de otros testigos tienden a demostrar que hubo un tumulto en la calle.

SENTENCIA de *R. H. Todd, Jr.,* J. (Ponce), condenando al acusado por delito de Portar Armas Prohibidas. *Confirmada.*

*Francisco Parra Capó,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

La Corte de Distrito de Ponce declaró a Juan Reyes culpable del delito de portar un arma prohibida. Al final de

la transcripción de las notas taquigráficas se reproducen las observaciones que hizo la corte al dictar sentencia. La corte se expresó como sigue:

"A pesar de las contradicciones en que hayan podido incurrir los testigos de El Pueblo, todos están contestes en que vieron la pistola; bien sea apuntándolo. . . . . Pero la declaración más espontánea es la de aquel testigo que menos interés tiene en este asunto, Ildefonso Rangel, que pasó y oyó la frase 'Reyes (el acusado) no dispares.' "

El fiscal de esta corte, después de referirse a la prueba en general, dice que esta manifestación de Rangel no tendía a probar nada por sí sola y que si la corte descansó exclusivamente en dicha manifestación, el caso debe ser revocado, ya que el acusado había estado en su casa hasta cierta hora y la mera manifestación del testigo no tendería a demostrar si la pistola fué usada en la casa o en la calle. Desde luego, si se usó la pistola en la casa, aunque el acusado podía ser culpable de acometimiento y agresión, o aún de un delito mayor, a él no se le podía declarar culpable del delito de portar armas. Por otra parte, el fiscal dice que de creerse la manifestación de Tórres, entonces debe confirmarse la sentencia.

Hubo prueba tendente a demostrar, especialmente la declaración del testigo Tórres, que el acusado salió con la pistola a la calle. La corte tenía derecho a creer esto y debe presumirse que la corte llegó a la conclusión de que el acusado llevaba consigo el arma por la calle. Aunque hubo alguna duda en la mente de la corte, esta duda desapareció con la manifestación de Rangel. La declaración de Rangel tendía a demostrar que el tumulto tuvo lugar en la calle.

*Bajo estas circunstancias, la sentencia apelada debe ser confirmada.*